IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA GREENMAN, :
:
    Plaintiff :
: CIVIL NO. 3:18-CV-0447
  v. :
: (Judge Caputo)
GENE BERDANIER, *et al.*, :
:
    Defendants :

# O R D E R

**AND NOW**, this **29th** day of **MARCH 2019**, for the reasons set forth in the Court's memorandum of the same date, it is hereby **ORDERED** that:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute and failure to comply with court order.

2. Defendants' motion for summary judgment (ECF No. 15) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                 /s/ A. Richard Caputo
                                               **A. RICHARD CAPUTO**
                                               **United States District Judge**